DE BORD, Respondent, v, BRANDT, Appellant.

(206 N. W. 925.)

(File No. 5567.    Opinion filed January 9, 1926.)

**Appeal and Error—Appealable Orders—Order Denying Motion to Dismiss Action as to Certain Defendant Because of Immunity from Service of Process Is Not Appealable.**

Under Rev. Code 1919, Sec. 3168, specifying orders which are reviewable, order denying motion to dismiss action as to defendant on ground that he was immune from service of process is not appealable.

Appeal from Circuit Court, Hyde County; Hon. J. H. Bottum, Judge.

Action by Reuben De Bord against Henry Brandt and another, copartners under the firm name of Brandt & Goehring.

From an order denying a motion to dismiss the action as to defendant Brandt, he appeals. Appeal dismissed.

*C. E. Noel,* of Highmore, for Appellant.

*M. C. Cunningham,* of Highmore, for Respondent.

DILLON, J. This is an appeal from an order denying a motion to dismiss the action as to defendant Brandt. The ground of the motion was that he was immune from service of process. The appeal is dismissed because the order is not appealable. Ryan v. Davenport, 5 S. D. 203, 58 N. W. 568; Rev. Code 1919, § 3168.

Note.—Reported in 206 N. W. 925. See, Headnote, American Key-Numbered Digest, Appeal and error, Key-No. 105, 3 C. J. Sec. 335.